**FILED**
CLERK, U.S. DISTRICT COURT

October 12, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM KIM,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>QUANG TROUNG; and DOES 1 to 10,<br><br>　　　　　Defendants. | **Case No.: 2:21-cv-06361-SB (MAAx)**<br>**Assigned to Hon. Stanley Blumenfeld, Jr.**<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION** |

1 | Based on the stipulation for dismissal without prejudice and for good cause
2 | shown:
3 |     IT IS HEREBY ORDERED that the entire action be dismissed without
4 | prejudice, with the parties to bear their own costs and attorneys' fees.
5 |
6 |     SO ORDERED.
7 |
8 | DATED: October 12, 2021      _____
9 |                                          United States District Court Judge